| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Houseworx Investments, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 23-01125-11 |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Wells Fargo Business Checking Accts * 8586, *5775 | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

Debtor **Houseworx Investments, LLC**  
Name

Case number (If known) **23-01125-11**

☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 11324 73rd Ave NE, Arlington, WA 98223; Lot 3, Parcel No. 00376500004603, Burned down in fire | Fee simple | $0.00 | | $285,000.00 |
| 55.2. | 11305 73rd Ave NE, Arlington, WA 98223; Lot 1, Parcel No. 00376500004601 | Fee simple | $0.00 | | $675,000.00 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

| Debtor | Houseworx Investments, LLC | Case number (If known) 23-01125-11 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **11404 73rd Ave NE, Arlington, WA 98223; Lot 4, Parcel No. 00376500004801, Damaged in fire/under construction** | Fee simple | $0.00 | | $650,000.00 |
| 55.4. | **11410 73rd Ave NE, Arlington, WA 98223; Lot 5, Parcel No. 00376500004802, Lot w/foundation hold dug** | Fee simple | $0.00 | | $285,000.00 |
| 55.5. | **333 Forest Glenn Rd, Camano Island, WA Parcel No. R33130-117-4700, Plans & foundation hole dug** | Fee simple | $0.00 | | $275,000.00 |
| 55.6. | **XXX 108th St, Arlington, WA 98223, Parcel No. 30051200401600** | Fee simple | $0.00 | | $155,000.00 |

56. **Total of Part 9.**  $2,325,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

23-01125-WLH11    Doc 30    Filed 09/21/23    Entered 09/21/23 11:59:59    Pg 3 of 14

| | | |
|---|---|---|
| Debtor | **Houseworx Investments, LLC** | Case number *(If known)* 23-01125-11 |
| | Name | |

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **Insurance claim relating to Lot 3, Parcel No. 00376500004603** — $500,000.00

    **Insurance claim related to Lot 4, Parcel No. 00376500004801** — $250,000.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Legal claims against Gol_Fly**
    **Houseworx Investments, LLC v. Gol_Fly, LLC** — Unknown
    Nature of claim
    Amount requested  $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — $750,000.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Houseworx Investments, LLC**  
Name

Case number (If known) **23-01125-11**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $2,325,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $750,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $750,000.00 + 91b. | $2,325,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,075,000.00 |

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 DMC Excavating & Utilities**
Creditor's Name

PO Box 105
Monroe, WA 98272
Creditor's mailing address

Describe debtor's property that is subject to a lien
Lot 1, Parcel No. 00376500004601, Lot 3, Parcel No. 00376500004603, Lot 4, Parcel No. 00376500004801

Describe the lien
RCW 60.04

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$61,338.67    $285,000.00

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Gol_Fly, LLC
2. DMC Excavating & Utilities
3. JJ Remodelation, Inc.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**2.2 Gol_Fly, LLC**
Creditor's Name

C/O Schweet, Linde & Roseenblum
575 S. Michigan Street
Lynnwood, WA 98036
Creditor's mailing address

Describe debtor's property that is subject to a lien
11305 73rd Ave NE, Arlington, WA 98223; Lot 1, Parcel No. 00376500004601

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$649,100.85    $675,000.00

Debtor **Houseworx Investments, LLC**  
Name  
Case number (if known) **23-01125-11**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

---

**2.3** **Gol_Fly, LLC**  
Creditor's Name  
**C/O Schweet, Linde & Roseenblum**  
**575 S. Michigan Street**  
**Lynnwood, WA 98036**  
Creditor's mailing address

**Describe debtor's property that is subject to a lien**  
**11324 73rd Ave NE, Arlington, WA 98223; Lot 3, Parcel No. 00376500004603, Burned down in fire**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
☐ No  
■ Yes. Specify each creditor, including this creditor and its relative priority.  
**Specified on line 2.1**

**As of the petition filing date, the claim is:** Check all that apply  
☐ Contingent  
☐ Unliquidated  
■ Disputed

$745,455.50    $285,000.00

---

**2.4** **Gol_Fly, LLC**  
Creditor's Name  
**C/O Schweet, Linde & Roseenblum**  
**575 S. Michigan Street**  
**Lynnwood, WA 98036**  
Creditor's mailing address

**Describe debtor's property that is subject to a lien**  
**11404 73rd Ave NE, Arlington, WA 98223; Lot 4, Parcel No. 00376500004801, Damaged in fire/under construction**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**  
☐ No  
■ Yes. Specify each creditor, including this creditor and its relative priority.  
**1. Gol_Fly, LLC**  
**2. JJ Remodelation, Inc.**

**As of the petition filing date, the claim is:** Check all that apply  
☐ Contingent  
☐ Unliquidated  
■ Disputed

$672,999.36    $650,000.00

---

**2.5** **Gol_Fly, LLC**    **Describe debtor's property that is subject to a lien**    $666,004.30    $285,000.00

| Debtor | Houseworx Investments, LLC | Case number (if known) | 23-01125-11 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | Creditor's Name<br>**C/O Schweet, Linde & Roseenblum**<br>**575 S. Michigan Street**<br>**Lynnwood, WA 98036**<br>Creditor's mailing address | **11410 73rd Ave NE, Arlington, WA 98223; Lot 5, Parcel No. 00376500004802, Lot w/foundation hold dug**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | Creditor's email address, if known | | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |

| 2.6 | **Gol_Fly, LLC**<br>Creditor's Name<br>**C/O Schweet, Linde & Roseenblum**<br>**575 S. Michigan Street**<br>**Lynnwood, WA 98036**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**333 Forest Glenn Rd, Camano Island, WA Parcel No. R33130-117-4700, Plans & foundation hole dug**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $285,000.00 | $275,000.00 |
|---|---|---|---|---|
| | Creditor's email address, if known | | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **JJ Remodelation, Inc.**<br>Creditor's Name<br>**C/O Linville Law Firm, PLLC**<br>**4025 Delridge Way SW Ste 540**<br>**Seattle, WA 98106**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**11324 73rd Ave NE, Arlington, WA 98223; Lot 3, Parcel No. 00376500004603, Burned down in fire**<br><br>**Describe the lien**<br>**RCW 60.04**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No | $71,012.00 | $285,000.00 |
|---|---|---|---|---|
| | Creditor's email address, if known | | | |
| | **Date debt was incurred** | | | |

| Debtor | Houseworx Investments, LLC | Case number (if known) | 23-01125-11 |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **JJ Remodelation, Inc.** | **Describe debtor's property that is subject to a lien** | **$72,637.75** | **$650,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **11404 73rd Ave NE, Arlington, WA 98223; Lot 4, Parcel No. 00376500004801, Damaged in fire/under construction** | | |
| | **C/O Linville Law Firm, PLLC** | | | |
| | **4025 Delridge Way SW Ste 540** | | | |
| | **Seattle, WA 98106** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**RCW 60.04**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **On Site Electric, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **8825 34TH AVE NE STE L383** | | | |
| | **Marysville, WA 98271** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Teresa Johnson, K& J Ripperger** | **Describe debtor's property that is subject to a lien** | **$135,000.00** | **$155,000.00** |
|---|---|---|---|---|

| Debtor | Houseworx Investments, LLC | Case number (if known) | 23-01125-11 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**
1817 99th Ave SE
Lake Stevens, WA 98258

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

XXX 108th St, Arlington, WA 98223, Parcel No. 30051200401600

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $3,358,548.43

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Construction Credit Corporation**<br>650 S. Orca St Ste 114<br>Seattle, WA 98108 | Line **2.1** | |
| **Gol_Fly, LLC**<br>4100 194th Street SW Ste 208<br>Lynnwood, WA 98036 | Line **2.2** | |
| **Gol_Fly, LLC**<br>4100 194th Street SW Ste 208<br>Lynnwood, WA 98036 | Line **2.3** | |
| **Gol_Fly, LLC**<br>4100 194th Street SW Ste 208<br>Lynnwood, WA 98036 | Line **2.4** | |
| **Gol_Fly, LLC**<br>4100 194th Street SW Ste 208<br>Lynnwood, WA 98036 | Line **2.5** | |
| **Hennessey Hellinger, PLLC**<br>2200 -112 Ave NE Ste 200<br>Bellevue, WA 98004 | Line **2.1** | |
| **Rainier Trustee Services, Inc.**<br>C/O Schweet, Linde & Rosenblum<br>575 S. Michigan Street<br>Seattle, WA 98108 | Line **2.2** | |

| | |
|---|---|
| **Rainier Trustee Services, Inc.**<br>**C/O Schweet, Linde & Rosenblum**<br>**575 S. Michigan Street**<br>**Seattle, WA 98108** | Line __2.3__ |
| **Rainier Trustee Services, Inc.**<br>**C/O Schweet, Linde & Rosenblum**<br>**575 S. Michigan Street**<br>**Seattle, WA 98108** | Line __2.4__ |
| **Rainier Trustee Services, Inc.**<br>**C/O Schweet, Linde & Rosenblum**<br>**575 S. Michigan Street**<br>**Seattle, WA 98108** | Line __2.5__ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Houseworx Investments, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 23-01125-11 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Revenue**<br>**PO Box 47464**<br>**Olympia, WA 98504-7464**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Dept. of Labor and Industries**<br>**PO Box 44510**<br>**Olympia, WA 98504**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | Houseworx Investments, LLC | Case number (if known) | 23-01125-11 |
|---|---|---|---|
| | Name | | |

### Part 1 (continued)

**2.3** Priority creditor's name and mailing address
**Employment Security Department**
**Benefit Payment Control**
**PO Box 24928**
**Seattle, WA 98124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19114-0326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Cascade Lumber, Inc.**
**825 N Good Rd**
**Camano Island, WA 98282**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90,000.00

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Keller Supply Co**
**3209 17th Ave W**
**Seattle, WA 98119**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Notice only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Snohomish PUD**
**2320 California Street**
**Everett, WA 98201**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | Houseworx Investments, LLC | Case number (if known) | 23-01125-11 |
|---|---|---|---|
| | Name | | |

### 3.4
**Nonpriority creditor's name and mailing address**  
Titan Plumbing and Construction  
4929 Pilchuck Tree Farm Rd  
Snohomish, WA 98290  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $19,018.00  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** Services rendered  
Is the claim subject to offset? ■ No ☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**  
Wells Fargo Bank  
Wells Fargo SBL  
PO Box 29482  
Phoenix, AZ 85038-8650  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 8612

**As of the petition filing date, the claim is:** *Check all that apply.*     $7,135.62  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ■ No ☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**  
Wells Fargo Bank  
Wells Fargo SBL  
PO Box 29482  
Phoenix, AZ 85038-8650  

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 6491

**As of the petition filing date, the claim is:** *Check all that apply.*     $10,186.27  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _  
Is the claim subject to offset? ■ No ☐ Yes

### Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---:|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 126,339.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 126,339.89 |